# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Urban Smith,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        3:11cv97

American General Finance,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/29/2011 Order.

                                                 Signed: November 29, 2011

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court