# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Urban Smith,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                      3:11cv97

American General Finance,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/29/2011 Order.

Signed: November 29, 2011

Frank G. Johns, Clerk
United States District Court